```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF OREGON
```

RICHARD SHAWN WILCOX,                            CV. 05-759-MA

        Petitioner,                                ORDER
   v.

NANCY HOWTON,

        Respondent.

MARSH, Judge

    Petitioner's motion for voluntary dismissal (#32) is GRANTED.
This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this _18_ day of October, 2006.


                                      __/s/  Malcolm F. Marsh_____
                                      Malcolm F. Marsh
                                      United States District Judge

1 -- ORDER